## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CTN HOLDINGS, Inc., *et al*.,<br><br>　　　　　Debtors.[1] | Chapter 7<br><br>Case No. 25-10603 (TMH) |
| JAMI B. NIMEROFF, as chapter 7 trustee for CTN Holdings, Inc., *et al*.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD R. KARR; MILLER FAMILY LEGACY LLC; LOUIS R. MILLER; ALS REVOCABLE TRUST; EMERGING IMPACT FUND II, LP; PRAESUMO HOLDINGS, LLC; RAVI SARIN; PAUL SOROS 2010 FAMILY TRUST A; CHICAGO ATLANTIC FINANCE LLC; CHICAGO ATLANTIC CREDIT COMPANY, LLC; and CHICAGO ATLANTIC OPPORTUNITY FINANCE LLC,<br><br>　　　　　Defendants. | Adv. Pro. No.: |

### DECLARATION OF DALE E. BARNEY IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO SECTIONS 105(A) AND 362(A) OF THE BANKRUPTCY CODE, AND RULE 7065 OF THE FEDERAL RULES OF <u>BANKRUPTCY PROCEDURE</u>

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of the Debtors' federal tax identification number, are: CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214). Catona Climate Solutions, LLC (3375), and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94104-5401.

I, Dale E. Barney, hereby declare as follows:

1.      I am an attorney with Connell Foley LLP, proposed counsel for Plaintiff Jami B. Nimeroff (the "Plaintiff" or the "Trustee"), as Chapter 7 Trustee for CTN Holdings, Inc., *et al*. (collectively, the "Debtors").

2.      I submit this Declaration in support of the *Chapter 7 Trustee's Motion for Entry of a Temporary Restraining Order and Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure* (the "Motion"), which seeks an order to temporarily enjoin Defendants Donald R. Karr; Miller Family Legacy LLC; Louis R. Miller; ALS Revocable Trust; Emerging Impact Fund II, LP; Praesumo Holdings, LLC; Ravi Sarin; Paul Soros 2010 Family Trust A; Chicago Atlantic Finance LLC; Chicago Atlantic Credit Company, LLC; and Chicago Atlantic Opportunity Finance LLC (collectively, the "Defendants"), from continuing prosecution of the action commenced on July 9, 2025 in the Superior Court of the State of California, County of Los Angeles, Central District, LLC, captioned *Karr, et al., v. Sanberg, et al.*, Case No. 25STCV20376 as amended on November 3, 2025 (the "Karr Action"), and any further litigation pursuing the same or similar theories of recovery.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the original Indictment filed by the United States Attorney for the Central District of California ("U.S. Attorney") on March 25, 2025 in the United States District Court for the Central District of California charging Sanberg with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349 and 18 U.S.C. § 981(a)(1)(C).

4.      Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of the First Superseding Information filed by the U.S. Attorney on August 20, 2025 charging Sanberg with two (2) counts of wire fraud in violation of 18 U.S.C. § 1343.

5.      Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of the Amended Complaint filed by Defendants in the Karr Action on November 3, 2025.

6.      Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of the Plaintiff's *Proposed Order Granting the Motion for Entry of a Temporary Restraining Order and Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure*.

7.      Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of the Notice to Defendants dated February 6, 2026, advising that the claims asserted in the Karr Action constitute property of the Debtors' estates under section 541 of the Bankruptcy Code and that continued prosecution of the Karr Action violates the automatic stay imposed by 11 U.S.C. § 362(a).

8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully Submitted,

Dated: April 10, 2026

*/s/ Dale E. Barney*
Dale E. Barney

3