**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CTN Holdings, Inc., *et al.*,[1] | Case No. 25-10603 (TMH) |
| Debtors. | (Jointly Administered) |
| | |
| JAMI B. NIMEROFF, as chapter 7 trustee for CTN Holdings, Inc., *et al.*, | |
| Plaintiff, | Adv. Pro. No. 26-50233 (TMH) |
| v. | |
| DONALD R. KARR; MILLER FAMILY LEGACY LLC; LOUIS R. MILLER; ALS REVOCABLE TRUST; EMERGING IMPACT FUND II, LP; PRAESUMO HOLDINGS, LLC; RAVI SARIN; PAUL SOROS 2010 FAMILY TRUST A; CHICAGO ATLANTIC FINANCE LLC; CHICAGO ATLANTIC CREDIT COMPANY, LLC; and CHICAGO ATLANTIC OPPORTUNITY FINANCE LLC, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Kimberly A. Brown, hereby certify that on April 14, 2026, a true and correct copy of the

foregoing *Response to Chapter 7 Trustee's Motion for Entry of Temporary Restraining Order and*

*Preliminary Injunction Pursuant to Sections 105(A) and 362(A) of the Bankruptcy Code and Rule*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94101-5401.

*7065 of the Federal Rules of Bankruptcy Procedure and Reservation of Rights* was caused to be served via CM/ECF on all parties who have registered for electronic service in the above-captioned Adversary Proceeding.

Katharina Earle
CONNELL FOLEY LLP
1000 North West Street
Wilmington, DE 19801

Robert K. Malone
Brett S. Theisen
Dale E. Barney \
Mark Marsella
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, NJ 07068

Dated:  April 14, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com