**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CTN Holdings, Inc., *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 25-10603 (TMH)<br><br>(Jointly Administered) |
| JAMI B. NIMEROFF, as chapter 7 trustee for CTN Holdings, Inc., *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD R. KARR; MILLER FAMILY LEGACY LLC; LOUIS R. MILLER; ALS REVOCABLE TRUST; EMERGING IMPACT FUND II, LP; PRAESUMO HOLDINGS, LLC; RAVI SARIN; PAUL SOROS 2010 FAMILY TRUST A; CHICAGO ATLANTIC FINANCE LLC; CHICAGO ATLANTIC CREDIT COMPANY, LLC; and CHICAGO ATLANTIC OPPORTUNITY FINANCE LLC,<br><br>    Defendants. | Adv. Pro. No. 26-50233 (TMH) |

**CERTIFICATE OF SERVICE**

I, Kimberly A. Brown, hereby certify that on April 28, 2026, I caused true and correct copies of the (i) *Karr Action Plaintiffs' Objection to Chapter 7 Trustee's Motion for Entry of Temporary Restraining Order and Preliminary Injunction Pursuant to Sections 105(a) and 362(a)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are CTN Holdings, Inc. (9122), CTN SPV Holdings, LLC (8689), Make Earth Green Again, LLC (4441), Aspiration QFZ, LLC (1532), Aspiration Fund Adviser, LLC (4214), Catona Climate Solutions, LLC (3375) and Zero Carbon Holdings, LLC (1679). The mailing address for the Debtors is 548 Market Street, PMB 72015, San Francisco, CA 94101-5401.

*of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure*; (ii) *Declaration of Louis R. Miller in Support of Karr Action Plaintiffs' Objection to Chapter 7 Trustee's Motion for Entry of Temporary Restraining Order and Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure*; and (iii) *Declaration of Tony Cappell in Support of Karr Action Plaintiffs' Objection to Chapter 7 Trustee's Motion for Entry of Temporary Restraining Order and Preliminary Injunction Pursuant to Sections 105(a) and 362(a) of the Bankruptcy Code and Rule 7065 of the Federal Rules of Bankruptcy Procedure* to be served upon the parties listed on **Exhibit A** in the manner indicated:

Dated: April 28, 2026
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Kimberly A. Brown (No. 5138)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: brown@lrclaw.com

2

# EXHIBIT A

**Via CM/ECF & Email**
**CONNELL FOLEY LLP**
Katharina Earle
1000 North West Street
Wilmington, DE 19801
kearle@connellfoley.com

**Via Email**
**CONNELL FOLEY LLP**
Robert K. Malone
Brett S. Theisen
Dale E. Barney
Mark Marsella
56 Livingston Avenue
Roseland, NJ 07068
rmalone@connellfoley.com
btheisen@connellfoley.com
dbarney@connellfoley.com
mmarsella@connellfoley.com